```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        MAY 07 2012

      AT SEATTLE
 CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                    DEPUTY
BY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD R. TURNER, | Case No. C11-5605-JLR |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of [Plaintiff's Objections (DKT 21), and the Defendant's Response to Plaintiff's Objections (DKT 22),] the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3)   The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 6th day of May, 2012.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE
PAGE - 1

11-CV-05605-AF